JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROMAN KNIGHT, an individual and on behalf of all others similarly situated,

Plaintiff,

vs.

BARKHORDAR OMID HAMID DENTAL GROUP, INC.; HAMID OMID RABI BARKHORDAR DENTAL GROUP, INC.; OMID BARKHORDAR DENTAL CORPORATION; OMID BARKHORDAR DENTAL GROUP INC.; OMID HAMID BARKHORDAR DENTAL, INC.; OMID R BARKHORDAR DDS, INC.; OMID RABI BARKHORDAR D.D.S, INC.; HAMID BARKHORDAR DENTAL CORPORATION; HAMID R. BARKHORDAR, D.D.S., INC.; SYNCHRONY BANK; and DOES 1 through 100, inclusive,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.

2:25-cv-07284-FMO-SKx

**ORDER ON STIPULATION [29] TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS**

Order to Dismiss - 1

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated:  April 17, 2026

_____/s/_____
Hon. Fernando M. Olguin
U.S. DISTRICT JUDGE